Anthony A. Etim, Plaintiff-Appellant, 
against
Affinion Benefits Group LLC and Citibank Service Center c/o Branch and Client Services, Defendants-Respondents.




Plaintiff appeals from an order of the Civil Court of the City of New York, Bronx County (Naita A. Semaj, J.), entered June 10, 2019, which denied his motion to vacate a stipulation of settlement.




Per Curiam.
Order (Naita A. Semaj, J.), entered June 10, 2019, affirmed, with $10 costs.
Civil Court properly denied plaintiff's motion to vacate the so-ordered stipulation settling the underlying breach of contract and fraud action, since he failed to demonstrate legal cause for such relief, i.e., fraud, collusion, mistake or accident (see Hallock v State of New York, 64 NY2d 224, 230 [1984]). We find unavailing plaintiff's claims that the court and/or defense counsel exerted undue pressure, amounting to legal duress, in overseeing the settlement process. In order to prove legal duress, a party must adduce proof that "a wrongful threat preclud[ed] the exercise of his free will" (Austin Instrument v Loral Corp., 29 NY2d 124, 130 [1971]; see Feuer v Darkanot, 36 AD3d 753, 753-754 [2007]), a showing not here made by plaintiff. General contentions that a party felt pressured by the court are insufficient to establish duress (see Ross v Clyde Beatty—Cole Bros. Circus, 26 AD3d 321, 322 [2006]; see also Strang v Rathbone, 108 AD3d 565, 566 [2013]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: April 3, 2020